# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 25, 2014

## NO. 03-14-00146-CV

**David Dewhurst, in his official capacity as President of the Texas Senate; Kevin Eltife, in his official capacity as Chairman of the Texas Senate Committee on Administration; Charlie Geren, in his official capacity as Chairman of the Texas House Committee on House Administration; and Joe Straus, in his official capacity as Speaker of the Texas House of Representatives, Appellants**

**v.**

**AgendaWise, Inc., Appellee**

### APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
### AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the interlocutory order signed by the district court on March 3, 2014. Having reviewed the record, it appears that appellee's claims are nonjusticiable. Therefore, the Court vacates the district court's interlocutory order and dismisses appellee's claims for want of jurisdiction. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.